*Lein Law Offices*
ATTORNEYS AT LAW
15692 HWY 63 NORTH
REPLY TO P.O. BOX 761
*Hayward, Wisconsin 54843*

CURTISS N. LEIN*
SUSAN C. LEIN
MATTHEW C. LEIN

(715) 634-4273
FACSIMILE (715) 634-5051
EMAIL: contact@leinlawoffices.com
Web Site: www.leinlawoffices.com
*licensed in Minnesota and Wisconsin

BRANCH OFFICE
WINTER, WISCONSIN
(715) 266-3002

April 5, 2017

Honorable Barbara B. Crabb
United States District Court
120 N Henry Street, Room 320
Madison, WI 53703

Re:     Sivula v. FMA Alliance Ltd., et al; Case No. 17-CV-141

Dear Judge Crabb:

A Notice of Settlement was filed with the Court anticipating settlement to be completed by May 1, 2017. The accompanying Order of Dismissal was to be signed after the Court was notified that the matter had settled. However, the proposed order was signed on March 29, 2017.

I respectfully request the signed order be withdrawn pending confirmation that the case has settled.

Yours truly,

Matthew C. Lein
Attorney at Law
LEIN LAW OFFICES

MCL/mb

So ordered.

bbc

4/14/17