UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
COURT FILE NO.: 17-CV-141

---

MARC T. SIVULA and MICHELLE M. SIVULA,

    Plaintiffs,

v.

FMA ALLIANCE, LTD, VICTORIA'S SECRET STORES, LLC, CROWN ASSET MANAGEMENT LLC, and COMMENITY BANK,

    Defendants.

17-cv-141-bbc

**ORDER**

---

**ORDER FOR DISMISSAL**

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without fees or costs with prejudice, but with the right, upon good cause shown by May 1, 2017, to reinstate the action if settlement is not consummated.

DATE: May 2, 2017

_Barbara B. Crabb_
Honorable Barbara B. Crabb